JUDGE McMAHON

21 MISC 380

U.S. DISTRICT COURT FILED
MAR 30 2021
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Electronic Service in
*Habeas Corpus* Cases
Pursuant to 28 U.S.C. §2254

STANDING
ORDER
M10-468

WHEREAS the court's Electronic Case Filing (ECF) System having been modified to permit electronic service of a petition and order to respond in *habeas corpus* cases filed pursuant to 28 U.S.C. §2254, it is hereby

ORDERED, effective April 1, 2021, for all *habeas corpus* petitions pursuant to 28 U.S.C. §2254, service of the petition and an order directing a response to the petition, heretofore accomplished in the traditional manner in paper form, shall henceforth be accomplished solely by electronic means, namely a Notice of Electronic Filing sent by email through the court's ECF system. Once service is ordered by the Court, the Office of the Attorney General for New York State, and the Office of the District Attorney for the county where the conviction was obtained, will receive email notification to an address designated and monitored by each respective office and be given sixty (60) days within which to file a response.

Dated: 3/29/2021
New York, NY

SO ORDERED:

_____
Colleen McMahon
Chief United States District Judge